**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**IN RE:**

**EDELMIS O NAZCO VERA**           **CASE NO.  20-19844-AJC**
                                                                             **CHAPTER 7**

        **Debtor.**

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the firm of EVANS PETREE PC will represent the interests of TD Auto Finance, LLC ("TDAF") in the above-captioned case.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for TDAF, as follows:

    Bertis A. Echols, III, Esq.
    EVANS PETREE PC
    1715 Aaron Brenner Drive, Suite 800
    Memphis, TN  38120

                                                    /s/ Bertis A. Echols, III
                                                    Bertis A. Echols, III (0063387)
                                                    EVANS PETREE PC
                                                    Attorneys for TDAF
                                                    1715 Aaron Brenner Drive, Suite 800
                                                    Memphis, TN  38120
                                                    (901) 525-6781 telephone
                                                    (901) 248-6854 fax
                                                    bechols@evanspetree.com