

ORDERED in the Southern District of Florida on December 16, 2020.

A. Jay Cristol, Judge
United States Bankruptcy Court
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:
Edelmis O Nazco Vera                             Case No. 20-19844-AJC
                                                 Chapter 13
_____/

### ORDER GRANTING EX-PARTE MOTION TO VACATE DISCHARGE FOR THE SOLE PURPOSE OF FILING REAFFIRMATION AGREEMENT WITH TD AUTO FINANCE, LLC AND APPROVING THE REAFFIRMATION AGREEMENT

**THIS CAUSE** having come upon Debtor's Ex-Parte Motion to Vacate Discharge for the Sole Purpose of Filing Reaffirmation Agreement with TD Auto Finance, LLC (herein "Creditor") and to Approve the Reaffirmation Agreement (herein "Motion"; ECF#18) on December 15, 2020 and the Court having reviewed the Motion and the Reaffirmation Agreement, and being otherwise fully advised in the premises, it is;

ORDERED AND ADJUDGED:

1. Debtor's Motion is Granted.
2. The discharge in the instant case is vacated for the sole purpose of filing the

reaffirmation with **TD Auto Finance, LLC.**

3. Creditor, TD Auto Finance, LLC, is directed to file the reaffirmation agreement within thirty (30) days of the date of this order.

4. If the reaffirmation agreement is not filed within thirty (30) days, the clerk of Court is directed to re-issue the debtor's discharge.

# # #

Debtor's counsel, Robert Sanchez, Esq. is directed to deliver true copies of the foregoing Order to all interested parties.